**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

BEKKER, ELENA, :

Plaintiff, : Case No.: 1:22-CV-10615

v. : **NOTICE OF WITHDRAWAL OF MAJORIE MESIDOR**

MACY'S RETAIL HOLDINGS, INC. :

Defendant. :

---------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Marjorie Mesidor hereby withdraws her appearance as counsel for Plaintiff in the above-captioned matter, as she is no longer affiliated with the law firm Phillips & Associates, counsel of record for Plaintiff. Counsel from Phillips & Associates will continue their representation of Plaintiff.

Dated: July 12, 2023
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: ______________________
Marjorie Mesidor

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mmesidor@wigdorlaw.com

*Counsel for Plaintiff*