EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELENA BEKKER, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S RETAIL HOLDINGS, LLC <br><br> Defendant. | Civil Action No.: 1:22-cv-10615-JMF <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Elena Bekker and Defendant Macy's Retail Holdings, LLC (formerly known as Macy's Retail Holdings, Inc.), through their undersigned counsel, who are authorized to execute this Stipulation, that the above-captioned action be dismissed, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

PHILLIPS & ASSOCIATES, PLLC
45 Broadway, Suite 430
New York, NY 10006
*Attorneys for Plaintiff*

By: _____
Laura E. Bellini, Esq.

Dated: 12/15/2023

NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 202
Chatham, NJ 07928
*Attorneys for Defendant Macy's Retail Holdings, LLC.*

By: _____
Iman A. Wells, Esq.

Dated: 12/15/2023

SO ORDERED.
_____
January 11, 2024